CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Brian T. Moss (SBN: 159821)
btm@manningllp.com
MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
19800 MacArthur Blvd, Suite 900, Irvine, CA 92612
Telephone: (949) 440-6690
Facsimile: (949) 474-6991
Attorney for Defendant
Olive Investment Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>          Plaintiff,<br><br>v.<br><br>OLIVE INVESTMENT GROUP, LLC, a California Limited Liability Company; and Does 1-10,<br><br>          Defendants. | Case No.: 2:18-CV-04979-GW-JPR<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been
2  reached in the above-captioned case and the parties would like to avoid any additional
3  expense, and further the interests of judicial economy.

4  All Parties, therefore, apply to this Honorable Court to vacate all currently set
5  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6  all parties will be filed within 60 days. The Parties further request that the Court
7  schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8  Parties, by and through their attorneys of record shall show cause why this case has not
9  been dismissed.

11  Dated: October 29, 2018                CENTER FOR DISABILITY ACCESS

13                                          By:   /s/ Phyl Grace
                                                  Phyl Grace
                                                  Attorneys for Plaintiff

15  Dated: October 29, 2018                MANNING & KASS ELLROD, RAMIREZ,
                                            TRESTER LLP

18                                          By:   /s/ Brian T. Moss
                                                  Brian T. Moss
                                                  Attorney for Defendant
19                                                Olive Investment Group, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Brian T. Moss, counsel for Olive Investment Group, LLC, and that I have obtained Mr. Moss' authorization to affix his electronic signature to this document.

Dated: October 29, 2018                CENTER FOR DISABILITY ACCESS

                                       By:   /s/ Phyl Grace
                                             Phyl Grace
                                             Attorneys for Plaintiff