CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Brian T. Moss (SBN: 159821)
btm@manningllp.com
MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
19800 MacArthur Blvd, Suite 900
Irvine, CA 92612
Telephone: (949) 440-6690
Facsimile: (949) 474-6991
Attorney for Defendant
Olive Investment Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br>　　v.<br><br>OLIVE INVESTMENT GROUP, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:18-CV-04979-GW-JPR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 13, 2018　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　By: /s/ Phyl Grace
　　　　　　　　　　　　　　　　Phyl Grace
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: November 13, 2018　　MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP

　　　　　　　　　　　　　　By: /s/ Brian T. Moss
　　　　　　　　　　　　　　　　Brian T. Moss
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　Olive Investment Group, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Brian T. Moss, counsel for Olive Investment Group, LLC, and that I have obtained Mr. Moss' authorization to affix his electronic signature to this document.

Dated: November 13, 2018    CENTER FOR DISABILITY ACCESS

                                      By:  /s/ Phyl Grace
                                                Phyl Grace
                                                Attorneys for Plaintiff